IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SINGH CHARANJOT,

    Petitioner,        No. CIV S-08-0582 LEW JFM P

  vs.

MICHAEL B. MUKASEY, et al.,

    Respondents.        ORDER

_____/

        Petitioner, an individual detained by the United States Immigration and Customs Enforcement at the Yuba County Jail, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, together with a request to proceed in forma pauperis and a request for appointment of counsel.

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Accordingly, petitioner's request for appointment of counsel will be granted.

1

Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file an answer.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis is granted.

2. Petitioner's request for appointment of counsel is granted.

3. The Federal Defender is appointed to represent petitioner.

4. The Clerk of the Court is directed to serve a copy of the petition and this order on Carolyn Wiggin, Assistant Federal Defender.

5. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

6. The Clerk of the Court is directed to serve a copy of this order and a copy of petitioner's application for a writ of habeas corpus upon the United States Attorney for the Eastern District of California.

7. Respondents are directed to file an answer within thirty days from the date of this order. Respondents shall include with the answer all agency records and other documents relevant to the determination of the issues presented in the application.

8. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed.

DATED: April 7, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
char0582.100