McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARANJOT SINGH,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>    Respondents. | 08-CV-S-582 LEW JFM<br><br><br><br>**STIPULATION RE:<br>DISMISSAL AND<br>ORDER** |

This is an immigration case in which petitioner has filed to challenge the length of his detention by U.S. Immigration and Customs Enforcement. The parties respectfully inform the Court that petitioner was removed on February 29, 2008 (Attachment A, DACS custody screen). The parties consequently stipulate that the case be dismissed as moot.

Dated: April 23, 2008                                     Respectfully Submitted,

                                                          McGREGOR W. SCOTT
                                                          United States Attorney


                                                   By:    /s/Audrey Hemesath
                                                          Audrey B. Hemesath
                                                          Assistant U.S. Attorney
                                                          Attorneys for the Respondents

By:  /s/ Carolyn M. Wiggin
Carolyn M. Wiggin
Attorney for the Petitioner

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the case is dismissed.

.       IT IS SO ORDERED.

DATED: April 23, 2008

/s/ Ronald S. W. Lew
UNITED   STATES   DISTRICT   JUDGE